UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALDINE SWINT,<br><br>                              Plaintiff,<br><br>     -against-<br><br>UNITED STATES POSTAL SERVICE (USPS),<br><br>                              Defendant. | 24 CIVIL 7176 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the February 13, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 14, 2025
            New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge